# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>SEALED<br>V.<br>JAMES BECTON | DOCKET NO:<br>07-131-04 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Rubin Butler | FILED<br>MAY 3 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:    PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:    INDICTMENT | DISTRICT OF ARREST | |
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE AND COCAINE; MAINTAINING A RESIDENCE FOR THE PURPOSE OF MANUFACTURING, DISTRIBUTING, AND USING A CONTROLLED SUBSTANCE; DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE; DISTRIBUTION OF COCAINE BASE WITHIN 1000 FEET OF A SCHOOL; POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE; POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE; POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE WITHIN 1000 FEET OF A SCHOOL; DISTRIBUTION OF COCAINE; UNLAWFUL USE OF A COMMUNICATIONS FACILITY; POSSESSION WITH INTENT TO DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE; POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF COCAINE; POSSESSION WITH INTENT TO DISTRIBUTE COCAINE; USING, CARRYING, AND POSSESSING

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21:846; 21:856(a)(1) and 856(b); 21:841(a)(1) and 841(b)(1)(B)(iii); 21:860(a); 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(B)(iii); 21:860(a); 21:841(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>U.S. MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>5/18/07 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>5/18/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 5/30/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 5/30/07 | O.L. BALDWIN<br>USMS | |
| HIDTA CASE:  Yes    No  X | | OCDETF CASE:  Yes    No  X |