UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :

v.                                  :   CR. NO. 07-131-01 (JR)

JAMES BECTON   ET AL.               :

### DEFENDANTS' MOTION FOR INTERIM COMPENSATION

Undersigned counsel, on behalf of all appointed counsel, pursuant to the Federal Rules of Criminal Procedure, and the provisions of the Criminal Justice Act, respectfully requests that this honorable court approve interim compensation in this matter. In support of his request, counsel states the following:

1. The defendant stands indicted in a multi-count indictment in which he along with numerous other co-defendants is charged in a narcotics conspiracy that has allegedly operated for more than ten years. The evidence is voluminous and includes more than 50,000 intercepted telephone calls.

2. The court has already ruled that the matter is complex and extended in approving the government's request for an extension of the speedy trial time period.  Counsel believes that the approval of the included order is necessary to avoid the financial hardship that might accompany uncompensated representation in a lengthy matter.

WHEREFORE, for the foregoing  reasons, the defendant respectfully requests that the court grant his motion and authorize the payment of interim compensation to all counsel in this matter.

Respectfully submitted,

_____/S/_____
Edward C. Sussman, No. 174623
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C.. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing was served electronically on all interested parties this 2nd day of October, 2007.

_____/s/_____
Edward C. Sussman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :

v.                                 :        CR. NO. 07-131-ALL (JR)

JAMES BECTON  ET AL                :

O R D E R

    Because of the length and complexity of the proceedings in the above captioned matter, CJA appointed counsel may use the following procedures to obtain interim payments during the course of their representation:

    Counsel may submit to the Office of the Federal Defender Interim CJA Form 20 (entitled "Appointment and Authority to Pay Court Appointed Counsel") setting forth an itemization of compensation earned and reimbursable expenses. The notation "Interim Compensation" should be typed on the top of these forms.

    The first interim voucher, due on the sixth day of the month following the approval of this order, should reflect all compensation claimed and reimbursable expenses incurred from the date of counsel's appointment.

    Thereafter, counsel shall submit interim vouchers every 30 days as set forth above. The court will review the Interim Vouchers when submitted and will authorize compensation to be paid for the approved number of hours, up to a total of $7,000.00 and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first Interim Voucher or any subsequent Interim Vouchers cumulatively seek hourly compensation exceeding

the $7,000.00 CJA per case ceiling, (excluding reimbursement sought for expenses), these vouchers must be approved by this court and the Chief Judge of the Circuit before disbursement can be made. One-fifth of the total amount approved for each voucher submitted shall be withheld until the final accounting. At the conclusion of the representation, counsel shall submit a final voucher seeking payment of the one-fifth balance withheld for the earlier Interim Vouchers.

The notation "Final Voucher" should be typed at the top of the last Form 20 submitted for reimbursement. The Final Voucher should set forth all compensation and reimbursement previously received for representation in this matter, as well as the balance remaining due to counsel. After review by the Office of the Federal Defender, the Court will review each Interim and Final Voucher and submit each to the Chief Judge of the Circuit Court for review and approval. The vouchers will then be returned to the Office of the Federal Defender for processing and submission for payment to the appropriate disbursing authority.

SO ORDERED.

_____                              _____
DATE                                                                JAMES ROBERTSON
                                                                             UNITED STATES DISTRICT JUDGE


_____                          \_\_ _____
DATE                                                                 DOUGLAS H. GINSBURG
                                                                              CHIEF JUDGE, U.S. COURT OF APPEALS
                                                                              D.C, CIRCUIT

cc:    Ericka Freeman
      CJA Panel Administrator
      Federal Defender Service
      Suite 555
      625 Indiana Avenue N.W.
      Washington, D.C. 20004

      All defense counsel