FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OCT 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 07-131 (JR) |
| v. | : | |
| | : | GRAND JURY ORIGINAL |
| **JAMES BECTON, et al.** | : | |
| | : | **(UNDER SEAL)** |
| **Defendants.** | : | |

UNSEALED
/0/19/07

## GOVERNMENT'S MOTION TO SEAL THE CRIMINAL SUPERSEDING INDICTMENT AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL AND ALL RELATED MATTERS

The United States, by and through its attorney, Jeffrey A. Taylor, the United States Attorney

for the District of Columbia, hereby respectfully submits this motion to seal the accompanying

criminal superseding indictment and the instant motion to seal, and to delay entry on the public

docket of this motion to seal and all related matters. In support of this motion, the government states

as follows:

The defendants in this case are targets in a criminal investigation involving the distribution

of cocaine and cocaine base, also known as crack, in violation of Title 21, United States Code,

Section 841(a)(1).

The sealing is necessary because the superseding indictment contains sensitive information,

the disclosure of which would not be in the interest of the government or the public.

Law enforcement believes that at least one of the defendants is not aware of the criminal

investigation and disclosure of the superseding indictment in the public records may hinder law

enforcement's efforts in apprehending the defendants that are still fugitives, and may also endanger

law enforcement personnel, and confidential civilian witnesses. Accordingly, it is essential that any

information concerning the defendants having a superseding indictment in this case in this district be kept sealed for the time being.

Based on the nature of the ongoing criminal investigation, the government submits that public disclosure of the superseding indictment would likely compromise the criminal investigation by: (1) placing the personal safety of the undercover agents, other law enforcement officials, individuals cooperating with the government and innocent third parties at substantial risk; (2) alerting certain of the fugitive defendants of the investigation; and (3) causing the defendants and other possible targets to destroy documents and other evidence. Each of these factors is particularly important in this instance because violent reprisals are common to major criminal violators in general.

It is common practice for individuals associated with criminal organizations to check the public record in the Criminal Clerk's office to ascertain whether the government has filed any pleadings under seal in cases against former associates. Consequently, public notice of the filing of the sealed pleadings or proceedings, itself, is likely to compromise any ongoing criminal and grand jury investigation that would stem from this case, and present a substantial risk to the personal safety of undercover agents and other law enforcement officials taking part in the covert investigation, and, in some cases, innocent bystanders.

Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the criminal superseding indictment but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order until:(1) the substantial risk to the personal safety of cooperating individuals; and (2) the government represents that it can continue its criminal investigation without substantial

risk that it would be jeopardized due to the public docketing of the fact that sealed pleadings have

been filed in this case.  See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991).

      WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney

BY: _____

ARVIND K. LAL
MATTHEW P. COHEN
Assistant United States Attorneys
D.C. Bar No.  389496
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4217
Washington, D.C. 20503
(202) 353-8833 (Lal)