# SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

**FILED IN OPEN COURT**

OCT 17 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 07-131 (JR) |
| | : | UNSEALED |
| **v.** | : | GRAND JURY ORIGINAL   10/19/07 |
| | : | |
| **JAMES BECTON,** | : | VIOLATIONS: 21 U.S.C. § 846 |
| also known as **P**, | : | (Conspiracy to Distribute and Possess With |
| also known as **Pumpkin**, | : | Intent to Distribute Cocaine Base, Cocaine |
| also known as **Funk**, | : | and Cannabis); |
| | : | 21 U.S.C. § 856(a)(1) and § 856(b) |
| **WILLIE BEST,** | : | (Maintaining a Residence for the Purpose of |
| also known as **Fat Boy**, | : | Manufacturing, Distributing, and Using a |
| | : | Controlled Substance); |
| **KEITH SAMPLER,** | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iii) |
| also known as **Son**, | : | (Unlawful Distribution of 5 Grams or More of |
| also known as **Son-Son**, | : | Cocaine Base); |
| | : | 21 U.S.C. § 860(a) |
| **FREDERICK MERCER,** | : | (Unlawful Distribution of Cocaine Base |
| also known as **Freaky**, | : | Within 1000 feet of a School); |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| **RUBIN BUTLER,** | : | (Unlawful Distribution of Cocaine Base); |
| also known as **Buster**, | : | 21 U.S.C. § 841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession With Intent to |
| **MARTIN LEWIS,** | : | Distribute 50 Grams or More of Cocaine |
| also known as **Albert Blandshaw**, | : | Base); |
| also known as **Al**, | : | 21 U.S.C. § 841(a)(1) and §841(b)(1)(B)(iii) |
| also known as **New York Al**, | : | (Unlawful Possession With Intent to |
| | : | Distribute 5 Grams or More of Cocaine Base); |
| **MIAH JACKSON,** | : | 21 U.S.C. § 860(a) |
| also known as **White Girl**, | : | (Unlawful Possession With Intent to |
| also known as **Red Girl**, | : | Distribute Cocaine Base Within 1000 Feet of |
| | : | a School); |
| **DEBORAH JONES,** | : | 21 U.S.C. § 841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine); |
| **TYRONE WASHINGTON,** | : | 21 U.S.C. § 843(b) |
| | : | (Unlawful Use of a Communications Facility); |
| **JOHNNY HODGE,** | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| also known as **Dre, and** | : | (Unlawful  Possession  With  Intent  to |

UNSEALED

# SUPERSEDING

Case Related To: 07-131 (JR)

|                                       |   |                                                        |
|---------------------------------------|---|--------------------------------------------------------|
|                                       | : | Distribute Cocaine);                                   |
| **CHRISTOPHER BECTON,**               | : | 18 U.S.C. § 924(c)(1)                                  |
| **also known as Rock,**               | : | (Using, Carrying and Possessing a Firearm              |
|                                       | : | During a Drug Trafficking Offense);                    |
| **Defendants.**                       | : | 18 U.S.C. § 922(g)(1)                                  |
|                                       | : | (Unlawful Possession of a Firearm and                  |
|                                       | : | Ammunition by a Person Convicted of a                  |
|                                       | : | Crime Punishable by Imprisonment for a                 |
|                                       | : | Term Exceeding One Year);                              |
|                                       | : | 18 U.S.C. § 1512(C)(2)                                 |
|                                       | : | (Obstruction of Justice);                              |
|                                       | : | 18 U.S.C. § 2                                          |
|                                       | : | (Aiding and Abetting);                                 |
| **ROBERTSON, J. JR**                  | : | 21 U.S.C. § 853                                        |
|                                       | : | (Criminal Forfeiture)                                  |
|                                       | : |                                                        |
|                                       | : | **UNDER SEAL**                                         |

## S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

A.   **THE CONSPIRACY**

On or before at least 1995, the exact date being unknown to the Grand Jury, and continuing

thereafter up to and including May 2007, in the District of Columbia, the Commonwealth of

Virginia, the State of Maryland and elsewhere, the defendants, **JAMES BECTON, also known as**

**P, also known as Pumpkin, also known as Funk; WILLIE BEST, also known as Fat Boy;**

**KEITH SAMPLER, also known as Son, also known as  Son-Son; FREDERICK MERCER,**

**also known as Freaky; RUBIN BUTLER, also known as Buster; MARTIN LEWIS, also**

**known as Albert Blandshaw, also known as Al, also known as New York Al; MIAH**

**JACKSON, also known as White Girl, also known as Red Girl;  DEBORAH JONES;**

**TYRONE WASHINGTON; JOHNNY HODGE, also known as Dre;** and  **CHRISTOPHER**

**BECTON, also known as Rock**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute the following:

1.    A mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the amount of said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii);

2.    A mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii);

3.    A mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

**B.    GOALS OF THE CONSPIRACY**

It was the principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the defendants and co-conspirators not indicted herein acquired quantities of cocaine base, also known as crack, cocaine and cannabis, also known as marijuana, which they distributed in the District of Columbia, the State of Maryland, the Commonwealth of Virginia, and elsewhere.

**C.    WAYS, MANNER AND MEANS TO ACCOMPLISH CONSPIRACY**

1.    The conspiracy operated as an organization that distributed and possessed with intent to distribute cocaine base, also known as crack, cocaine, and cannabis, also known as marijuana at

various locations in the District of Columbia, the State of Maryland, the Commonwealth of Virginia, the State of North Carolina and elsewhere. **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and **WILLIE BEST, also known as Fat Boy,** were the principal suppliers and leaders of this organization and organized, controlled and directed the distribution activities of this organization. The ways, manner and means by which the organization operated their illegal drug trafficking business, include but are not limited to, the following:

2.       **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and **WILLIE BEST, also known as Fat Boy**, were two of the leaders and principal distributors of cocaine and cocaine base, also known as crack cocaine, to this drug trafficking organization. **MIAH JACKSON, also known as White Girl, also known as Red Girl, DEBORAH JONES,** and others both known and unknown to the Grand Jury, were facilitators and/or administrators of this organization. **KEITH SAMPLER, also known as Son, also known as Son-Son, FREDERICK MERCER, also known as Freaky, RUBIN BUTLER, also known as Buster, MARTIN LEWIS, also known as Albert Blandshaw, also known as Al, also known as New York Al, TYRONE WASHINGTON, JOHNNY HODGE, also known as Dre,** and **CHRISTOPHER BECTON, also known as Rock,** and others both known and unknown to the Grand Jury, were all re-distributors of cocaine base, also known as crack, cocaine, and marijuana, who received cocaine base, also known as crack, cocaine, and marijuana from the above mentioned individuals of this drug trafficking organization for the purpose of re-distribution.

3.       It was part of the conspiracy that the defendants and co-conspirators, both known and unknown to the Grand Jury, would and did play different roles in the organization, take upon themselves different tasks and participate in the conduct of the organization through various criminal

acts. The defendants made themselves and their services available at various times throughout the life of the organization and participated in certain drug trafficking ventures as required to protect and promote the illegal drug distribution operation. The roles assumed by some defendants were interchangeable at various times throughout the life of the organization. Some of the roles assumed and carried out by the defendants included, among others, holder, helper, packager, supplier of drugs, organizer, manager, intermediary, courier, driver and street seller.

4.    It was further part of the conspiracy that cocaine base, also known as crack, cocaine and cannabis, also known as marijuana were processed, cut, packaged and stored prior to distribution to members of the organization, in safe locations, known as stash houses, located in the District of Columbia, the Commonwealth of Virginia and the State of Maryland. The defendants and co-conspirators, both known and unknown to the Grand Jury, used these stash houses to store cocaine base, also known as crack, cocaine, cannabis, also known as marijuana, and firearms in order to avoid its detection and connection to members of the organization by law enforcement authorities.

5.    It was further part of the conspiracy that the defendants and co-conspirators, both known and unknown to the Grand Jury, used telephones, cellular and portable telephones, and beepers/pagers to facilitate their illegal narcotics business; that is, making telephone calls to communicate with each other, suppliers and re-distributors, and to protect against the detection of the organization by law enforcement officials.

6.    It was further part of the conspiracy that the defendants and co-conspirators, both known and unknown to the Grand Jury, possessed, carried and used firearms, to protect their drug trafficking operation from theft, robbery and competition from rival sellers.

## D.    OVERT ACTS

In furtherance of the conspiracy, and in order to effect the objects thereof, the defendants, co-conspirators not indicted herein, and others who are both known and unknown to the Grand Jury, in various combinations, directly and indirectly, within the District of Columbia, the State of Maryland, the Commonwealth of Virginia, the State of North Carolina and elsewhere, committed overt acts, including, but not limited to, the following:

1.    On or about January 13, 1995, in the District of Columbia, **CHRISTOPHER BECTON, also known as Rock**, while accompanied by **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, possessed with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack.

2.    On or about September 2, 1998, in the District of Columbia, **CHRISTOPHER BECTON, also known as Rock**, possessed with the intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana.

3.    On or about January 23, 1999, in the District of Columbia, **TYRONE WASHINGTON** possessed with the intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana.

4.    On or about February 24, 1999, in the District of Columbia, **CHRISTOPHER BECTON, also known as Rock**, possessed a firearm and also possessed with the intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana.

5.    On or about March 1, 1999, in the District of Columbia, **WILLIE BEST, also known as Fat Boy,** possessed with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, and also possessed with the intent to

distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana.

6.      On or about February 18, 2000, in the District of Columbia, **TYRONE WASHINGTON** possessed with the intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, and a mixture and substance containing a detectable amount of cocaine base, also known as crack.

7.      On or about April 25, 2001, in the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, possessed with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, and also possessed $23,990.00 in U.S. currency.

8.      On or about May 11, 2001, in the District of Columbia, **WILLIE BEST, also known as Fat Boy,** and **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, sold approximately 27.7 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack, to a person known to the Grand Jury, for $1200.00.

9.      On or about May 22, 2001, in the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, sold approximately 24.8 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack, to a person known to the Grand Jury, for $1200.00.

10.     On or about June 5, 2001, in the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, sold approximately 27.6 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack, to a person known to the Grand Jury, for $1050.00.

11. On or about June 18, 2001, in the District of Columbia, **WILLIE BEST, also known as Fat Boy**, sold approximately 27.0 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack, to a person known to the Grand Jury, for $1200.00.

12. On or about July 27, 2001, in the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, possessed with intent to distribute approximately 67.4 grams of a mixture and substance containing cocaine base, also known as crack.

13. On or about August 24, 2001, **MARTIN LEWIS, also known as Albert Blandshaw, also known as Al, also known as New York Al**, possessed with the intent to distribute a mixture and substance containing a detectable amount of cocaine, and a mixture and a substance containing a detectable amount of cannabis, also known as marijuana.

14. On or about November 5, 2001, in the District of Columbia, **WILLIE BEST, also known as Fat Boy**, sold approximately 31.4 grams of a mixture and substance that he claimed contained a detectable amount of cocaine base, also known as crack, to a person known to the Grand Jury, for $1200.00.

15. On or about June 6, 2002, in the District of Columbia, **WILLIE BEST, also known as Fat Boy**, sold approximately 27.6 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack, to a person known to the Grand Jury, for $1500.

16. On or about June 19, 2002, in the District of Columbia, **WILLIE BEST, also known as Fat Boy**, and **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** sold approximately 27.1 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack, to a person known to the Grand Jury, for $1500.00.

17. In August 2002, in the District of Columbia, **WILLIE BEST, also known as Fat**

**Boy** provided a firearm to a co-conspirator known to the Grand Jury.

18.    On or about November 8, 2002, in the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, shot at two people because he suspected one of them had been selling drugs in the 4200 block of Fourth Street, Southeast, Washington, D.C.

19.    On or about March 10, 2003, in the District of Columbia, **WILLIE BEST, also known as Fat Boy, FREDERICK MERCER, also known as Freaky**, and **CHRISTOPHER BECTON, also known as Rock**, were in possession of $6000 in U.S. currency.

20.    On or about March 14, 2003, **FREDERICK MERCER, also known as Freaky**, directed an unindicted co-conspirator to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack.

21.    On or about May 12, 2003, **FREDERICK MERCER, also known as Freaky**, distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack.

22.    On or about May 12, 2003, **FREDERICK MERCER, also known as Freaky**, possessed  with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack.

23.    On or about August 29, 2003, in the District of Columbia, **CHRISTOPHER BECTON, also known as Rock**, possessed a firearm.

24.    On or about October 1, 2003, in the District of Columbia, **TYRONE WASHINGTON** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack.

25.    On or about January 14, 2004, in the District of Columbia, **WILLIE BEST, also known as Fat Boy,** and **DEBORAH JONES**, possessed with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack.

26.    On or about August 17, 2004, in the District of Columbia, **CHRISTOPHER BECTON, also known as Rock**, and an unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack.

27.    On or about September 22, 2004, in the District of Columbia, **MIAH JACKSON, also known as White Girl, also known as Red Girl,** rented an automobile from Budget Rent-A-Car System, Inc., and some time thereafter provided that vehicle to **WILLIE BEST, also known as Fat Boy**, who caused it to be driven to North Carolina for the purpose of obtaining multiple kilograms of cocaine.

28.    On or about October 14, 2004, in the State of North Carolina, **WILLIE BEST, also known as Fat Boy,** and **DEBORAH JONES** possessed with the intent to distribute approximately four kilograms of a mixture and substance containing a detectable amount of cocaine.

29.    In 2005, **MARTIN LEWIS, also known as Albert Blandshaw, also known as Al, also known as New York Al**, gave a sum of money to **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, upon **BECTON's** release from a period of incarceration.

30.    On or about May 18, 2005, in the District of Columbia, **JOHNNY HODGE, also known as Dre,** sold a mixture and substance containing a detectable amount of cocaine base, also known as crack for $50.00.

31.    On or about June 7, 2005, **FREDERICK MERCER, also known as Freaky,** sold approximately 62 grams of a mixture and substance containing a detectable amount of cocaine, to

a person known to the Grand Jury, for $1800.00.

32.     On or about June 7, 2005, **FREDERICK MERCER, also known as Freaky,** possessed with the intent to distribute approximately 160 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack.

33.     On or about June 9, 2005, in the District of Columbia, **JOHNNY HODGE, also known as Dre,** sold a mixture and substance containing a detectable amount of cocaine base, also known as crack for $100.00.

34.     On or about June 28, 2005, in the District of Columbia, a person known to the Grand Jury contacted **FREDERICK MERCER, also known as Freaky**, for the purpose of purchasing narcotics, and **MERCER** referred the person to **MARTIN LEWIS, also known as Albert Blandshaw, also known as Al, also known as New York Al**.

35.     On or about June 28, 2005, **MARTIN LEWIS, also known as Albert Blandshaw, also known as Al, also known as New York Al**, sold approximately 124.5 grams of a mixture and substance containing a detectable amount of cocaine, to a person known to the Grand Jury, for $3,250.00.

36.     On or about June 29, 2005, in the District of Columbia, **JOHNNY HODGE, also known as Dre,** sold a mixture and substance containing a detectable amount of cocaine base, also known as crack, for $200.00.

37.     On or about July 12, 2005, in the District of Columbia, **JOHNNY HODGE, also known as Dre,** sold a mixture and substance containing a detectable amount of cocaine base, also known as crack, for $150.00.

38.     On or about July 13, 2005, in the District of Columbia, **JOHNNY HODGE, also**

**known as Dre,** sold a mixture and substance containing a detectable amount of cocaine base, also known as crack, for $200.00.

39.      On or about September 27, 2005, **FREDERICK MERCER, also known as Freaky**, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he agreed to arrange a meeting with an unindicted co-conspirator, and agreed to provide a "half way up" quantity of a controlled substance.

40.      On or about September 27, 2005, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and co-conspirator known to the Grand Jury, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which they discussed a quantity of a controlled substance that **BECTON** had obtained from an unindicted co-conspirator.

41.      On or about September 27, 2005, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and **WILLIE BEST, also known as Fat Boy**, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which they discussed a quantity of narcotics.

42.      On or about September 27, 2005, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, used a telephone to have a conversation, partially in code, in which he told a co-conspirator known to the Grand Jury that he was at "work" selling drugs in the pit of the 4200 block of Fourth Street because he "needed extra money."

43.      On or about September 30, 2005, **FREDERICK MERCER, also known as Freaky**, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he asked an unindicted co-conspirator if the co-conspirator had "that" for him, and the co-conspirator replied that he only had half of it.

44.    On or about October 2, 2005, **FREDERICK MERCER, also known as Freaky**, and an unindicted co-conspirator used a telephone to discuss the acquisition of a thousand dollars' worth of a controlled substance.

45.    On or about October 4, 2005, **FREDERICK MERCER, also known as Freaky,** used a telephone to ask an unindicted co-conspirator if it needed to be supplied with additional drugs, and also used a telephone to advise a co-conspirator known to the Grand Jury that **MERCER** had drugs to sell "COD's", or only for cash.

46.    On or about October 4, 2005, **FREDERICK MERCER, also known as Freaky,** used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he asked if a co-conspirator known to the Grand Jury came out last night, and the co-conspirator replied that someone was stabbed and the police had blocked the street off; however, the co-conspirator had given out two "testers," and they also discussed that the co-conspirator wanted a "one" quantity of a controlled substance that **MERCER** was offering "COD."

47.    On or about October 8, 2005, **FREDERICK MERCER, also known as Freaky,** and **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, used a telephone to have a conversation, partially in code, in which they discussed a "two tennis shoes" quantity of drugs, and they discussed selling drugs in shifts.

48.    On or about October 8, 2005, **FREDERICK MERCER, also known as Freaky,** used a telephone to have a conversation, partially in code, in which he told an unindicted co-conspirator that he was with a second unindicted co-conspirator and that he had to make some runs to take care of his drug business.

49.    On or about October 9, 2005, **FREDERICK MERCER, also known as Freaky,**

used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he asked a co-conspirator known to the Grand Jury, whether he wanted "the same or better" quantity of drugs and the co-conspirator replied the "same," and they agreed to meet.

50.    On or about October 10, 2005, **FREDERICK MERCER, also known as Freaky,** used a telephone to complain that a co-conspirator known to the Grand Jury had agreed to hold some drugs for **MERCER**, had left the area of Fourth Street, Southeast, without returning the drugs to **MERCER,** and was messing up "the Program."

51.    On or about October 13, 2005, **FREDERICK MERCER, also known as Freaky,** used a telephone to tell an unindicted co-conspirator, when asked when he was coming in, that he had to make some runs for his drug business and he was waiting on a second unindicted co-conspirator.

52.    On or about October 14, 2005, a co-conspirator known to the Grand Jury, used a telephone to tell **FREDERICK MERCER, also known as Freaky,** that the co-conspirator wanted an "Eddie Bauer" quantity of drugs.

53.    On or about October 15, 2005, **FREDERICK MERCER, also known as Freaky,** used a telephone to advise a co-conspirator known to the Grand Jury, that **MERCER** had been chased by law enforcement, that **MERCER** had eluded them and was at the home of an unindicted co-conspirator, and instructed the co-conspirator to come get him.  The co-conspirator then told **MERCER** that law enforcement officers were also in the vicinity of the 4200 block of Third and Fourth Street, Southeast, Washington, D.C., and as soon as those officers left the area, the co-conspirator would come and get **MERCER**.

54.    On or about October 16, 2005, **FREDERICK MERCER, also known as Freaky,**

used a telephone to speak to an unindicted co-conspirator, who was incarcerated at the time, and to a second unindicted co-conspirator, and they discussed the fact that **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, had provided the first unindicted co-conspirator with some illegal narcotics.

55.    On or about October 17, 2005, **FREDERICK MERCER, also known as Freaky,** used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he discussed the location of an unindicted co-conspirator in the vicinity of Fourth Street, Southeast, and **MERCER** said that he needed the unindicted co-conspirator, and they agreed to meet.

56.    On or about October 19, 2005, **FREDERICK MERCER, also known as Freaky,** used a telephone to ask an unindicted co-conspirator to create a false pay stub for **MERCER** so he could provide it to his probation officer.

57.    On or about October 28, 2005, **KEITH SAMPLER, also known as Son, also known as Son-Son**, used a telephone to advise **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, that drug customers were loving the most recent batch of drugs and that an unindicted co-conspirator had the "other three" and a sale for one.

58.    On or about October 29, 2005, **JAMES BECTON, also known as P, also known as Pumpkin also known as Funk**, used a telephone to discuss smuggling contraband to a co-conspirator who was incarcerated at the time.

59.    On or about November 1, 2005, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, used a telephone to ask **WILLIE BEST, also known as Fat Boy**, if he **(BECTON)** could get a key to an apartment in the Atlantic Gardens apartment complex from **MIAH JACKSON, also known as White Girl, also known as Red Girl**.

60.     On or about November 1, 2005, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, used a telephone to advise an unindicted co-conspirator that he had received a key to an apartment in the Atlantic Gardens apartment complex from **MIAH JACKSON, also known as White Girl, also known as Red Girl**, and that **JACKSON** had keys to all the apartments in the complex.

61.     On or about November 1, 2005, in the District of Columbia, **FREDERICK MERCER, also known as Freaky,** sold approximately .56 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack, to a co-conspirator known to the Grand Jury, for $50.00.

62.     On or about November 5, 2005, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and a co-conspirator known to the Grand Jury, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which they discussed a "finger" quantity of a controlled substance that had been "broken" and agreed to meet.

63.     On or about November 6, 2005, **KEITH SAMPLER, also known as Son, also known as Son-Son**, used a telephone to advise **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, that he was in the process of making some drug sales and would call him back.

64.     On or about November 6, 2005, **KEITH SAMPLER, also known as Son, also known as Son-Son**, used a telephone to discuss with **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, the quality and customer reaction to a batch of drugs.

65.     On or about November 6, 2005, **KEITH SAMPLER, also known as Son, also known as Son-Son**, used a telephone to ask **JAMES BECTON, also known as P, also known as**

**Pumpkin, also known as Funk**, to call an unindicted co-conspirator to obtain a quantity of drugs for **SAMPLER**.

66.    On or about November 7, 2005,  **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and **WILLIE BEST, also known as Fat Boy**, used a telephone to discuss that **BEST** did not have all the money needed for a drug transaction, and that **BECTON** would pick up the money **BEST** had and would then tell their supplier he would owe the rest.

67.    On or about November 8, 2005, **JOHNNY HODGE, also known as Dre**, used a telephone to tell **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, to call **KEITH SAMPLER, also known as Son, also known as Son-Son**.

68.    On or about November 24, 2005, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and a co-conspirator known to the Grand Jury, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which they discussed whether the "gym" was open and agreed to make a move together to acquire additional drugs.

69.    On or about December 17, 2005, **FREDERICK MERCER, also known as Freaky**, used a telephone to tell **JOHNNY HODGE, also known as Dre**, that law enforcement officers had just left the second court in the 4200 block of Fourth Street, Southeast, Washington, D.C.

70.    On or about December 21, 2005, **FREDERICK MERCER, also known as Freaky**, used a telephone to have a conversation, partially in code, in which they discussed **MERCER'S** expenses, and the unindicted co-conspirator stated that **MERCER** should be able to take care of his expenses in five days out of a week and the rest of the four weeks of the month should all be profit for **MERCER.**

71.    On or about December 22, 2005, **JOHNNY HODGE, also known as Dre**, used a

telephone to have a conversation, partially in code, concerning a drug transaction, in which he told **FREDERICK MERCER, also known as Freaky,** that **HODGE** was waiting for the stuff (drugs) to dry, and they agreed to meet.

72.    On or about December 23, 2005, **JOHNNY HODGE, also known as Dre**, used a telephone to discuss with **FREDERICK MERCER, also known as Freaky,** the presence and eventual departure of law enforcement officers in the area.

73.    On or about December 26, 2005, **JOHNNY HODGE, also known as Dre**, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he discussed with **FREDERICK MERCER, also known as Freaky**, that a co-conspirator wanted to meet half-way, and in a subsequent call, that a co-conspirator known to the Grand Jury did not provide sufficient money.

74.    On or about December 29, 2005, an unindicted co-conspirator used a telephone to advise **FREDERICK MERCER, also known as Freaky,** that a co-conspirator known to the Grand Jury and an unindicted co-conspirator had left, and **MERCER** advised this unindicted co-conspirator that he had been running from law enforcement officers.

75.    On or about January 1, 2006, **FREDERICK MERCER, also known as Freaky,** used a telephone to have a conversation, partially in code, in which he discussed with an unindicted co-conspirator, who was incarcerated a the time, the activities and status of several co-conspirators, including **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, **KEITH SAMPLER, also known as Son, also known as Son-Son**, and **JOHNNY HODGE, also known as Dre**.

76.    On or about January 4, 2006, **FREDERICK MERCER, also known as Freaky,**

used a telephone to discuss a firearm with an unindicted co-conspirator.

77.      On or about January 7, 2006, **FREDERICK MERCER, also known as Freaky,** used a telephone to discuss with an unindicted co-conspirator that **MERCER** was unavailable at that moment to provide the unindicted co-conspirator with any drugs but directed the unindicted co-conspirator to a second unindicted co-conspirator to assist in obtaining some drugs.

78.      On or about January 8, 2006, **FREDERICK MERCER, also known as Freaky,** used a telephone to tell an unindicted co-conspirator that a second unindicted co-conspirator was in the "pit" in the 4200 block of Fourth Street, Southeast, Washington, D.C.

79.      On or about January 9, 2006, **FREDERICK MERCER, also known as Freaky,** used a telephone to have a conversation, partially in code, in which he instructed a co-conspirator known to the Grand Jury to arrange for the pick up of a quantity of drugs from a stash location, and the co-conspirator advised **MERCER** that the co-conspirator needed $25.00 and some "tree" (marijuana) to pay a courier to pick up and deliver the drugs.

80.      On or about January 9, 2006, **FREDERICK MERCER, also known as Freaky**, and an unindicted co-conspirator used a telephone to discuss the location of **KEITH SAMPLER, also known as Son, also known as Son-Son**.

81.      On or about January 27, 2006, a co-conspirator known to the Grand Jury, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he told **WILLIE BEST, also known as Fat Boy,** that another co-conspirator known to the Grand Jury, was arrested the previous night and that the co-conspirator speaking with **BEST** believed that the other co-conspirator had "that" with him when he was arrested; and **BEST** and the co-conspirator agreed to meet because the co-conspirator was ready to purchase additional drugs.

82.     On or about February 2, 2006, a co-conspirator known to the Grand Jury used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he told **WILLIE BEST, also known as Fat Boy**, that the co-conspirator wanted the same thing, a half a steak and cheese quantity of drugs.

83.     On or about February 2, 2006, **WILLIE BEST, also known as Fat Boy**, used a telephone to warn **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, to stay away from the vicinity of the St. Thomas More School.

84.     On or about February 2, 2006, **WILLIE BEST, also known as Fat Boy**, used a telephone to have a conversation, partially in code, in which he discussed the recent arrest of a co-conspirator known to the Grand Jury, with **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and **FREDERICK MERCER, also known as Freaky,** for having an ounce or a "zone" of cocaine base, also known as crack, in the grass.

85.     On or about February 14, 2006, **WILLIE BEST, also known as Fat Boy**, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he told a co-conspirator known to the Grand Jury, to come on through when the co-conspirator was ready to purchase drugs and they discussed where to meet.

86.     On or about February 25, 2006, **WILLIE BEST, also known as Fat Boy**, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he told a co-conspirator known to the Grand Jury that **BEST** needed to get some "ones" but the co-conspirator replied that he had not been out.

87.     On or about March 6, 2006, **WILLIE BEST, also known as Fat Boy**, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he asked

an unindicted co-conspirator to use her telephone to place a three-way call to a second unindicted coconspirator who wanted to get supplied with drugs.

88.    On or about March 7, 2006, a co-conspirator known to the Grand Jury used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he told **WILLIE BEST, also known as Fat Boy**, that he was out the previous night selling drugs and he still needed a few days to finish selling drugs to get the money, and **BEST** replied that things were "tight."

89.    On or about March 8, 2006, **WILLIE BEST, also known as Fat Boy**, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he asked a co-conspirator known to the Grand Jury, how the co-conspirator was looking and the co-conspirator replied that he should be about halfway tonight and **BEST** could get it in the morning.

90.    On or about March 15, 2006, **WILLIE BEST, also known as Fat Boy**, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he asked a co-conspirator known to the Grand Jury, how the co-conspirator was looking and the co-conspirator replied that he did not go out last night and that others were putting him on hold and **BEST** replied that he felt disrespected and that he **(BEST)** had bills to pay.

91.    On or about March 21, 2006, **WILLIE BEST, also known as Fat Boy**, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he discussed with **CHRISTOPHER BECTON, also known as Rock**, the acquisition of a quantity of a controlled substance.

92.    On or about March 23, 2006, **TYRONE WASHINGTON** used a telephone to tell **WILLIE BEST, also known as Fat Boy**, that **WASHINGTON** took a different route because the

FBI was following him.

93.      On or about April 4, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and a co-conspirator known to the Grand Jury, used a telephone to have a conversation, partially in code, in which they discussed a previous drug transaction where **BECTON** purchased a kilogram of cocaine for $24,000, and discussed the whereabouts of **KEITH SAMPLER, also known as Son, also known as Son-Son**.

94.      On or about April 5, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, used a telephone to learn from an unindicted co-conspirator that **KEITH SAMPLER, also known as Son, also known as Son-Son**, had assaulted her when she opened an apartment door because there might have been "a bowl of crack sitting on the table."

95.      On or about April 5, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and **TYRONE WASHINGTON** used a telephone to discuss the fact that **WASHINGTON** had been up all night selling drugs and wanted the key to an apartment used by these co-conspirators and that the key may be with **KEITH SAMPLER, also known as Son, also known as Son-Son**.

96.      On or about April 5, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and **TYRONE WASHINGTON** used a telephone to discuss the new BMW acquired by a co-conspirator known to the Grand Jury, and then **BECTON** and the co-conspirator used a telephone to discuss the availability of a kilogram of cocaine for "22" thousand dollars and that the co-conspirator had paid "53" thousand dollars to the BMW dealer.

97.      On or about April 6, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and a co-conspirator known to the Grand Jury used a telephone to

have a conversation, partially in code, concerning a drug transaction, in which they discussed that fact that the co-conspirator's "man" had some drugs, "she" looked good, cost "22" thousand dollars and that the co-conspirator had grabbed a "Q" quantity of a controlled substance.

98.     On or about April 7, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and a co-conspirator known to the Grand Jury used a telephone to discuss the transfer of a firearm with the light on the front of it and agreed to meet so that **BECTON** could provide that firearm to the co-conspirator.

99.     On or about April 8, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, used a telephone to have conversations, partially in code, in which he asked **RUBIN BUTLER, also known as Buster**, if **BUTLER** had **BECTON's** money from drug sales and **BUTLER** said that he had $180 of it but he had stayed in the house on the previous evening because of the presence of law enforcement in the area; and they discussed returning a key back to **KEITH SAMPLER, also known as Son, also known as Son-Son.**

100.     On or about April 10, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and **TYRONE WASHINGTON** used a telephone to discuss the location of **KEITH SAMPLER, also known as Son, also known as Son-Son,** and to discuss that **WASHINGTON** was chased by the police on the previous night.

101.     On or about April 10, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and a co-conspirator known to the Grand Jury, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which they discussed the fact that the co-conspirator's "man" was still stuck on "22" thousand dollars and **BECTON** proposed that the two of them each purchase a "quarter" quantity of a controlled substance.

102.    On or about April 10, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and **TYRONE WASHINGTON** used a telephone to have a conversation, partially in code, concerning a drug transaction, in which they discussed the fact that an unindicted co-conspirator only had a "Q" left that was already "done up", and the co-conspirator had said to make him an offer, and **BECTON** replied that **WASHINGTON** should see if the co-conspirator would take "35" for it because **BECTON** could "do it" himself.

103.    On or about April 12, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and a co-conspirator known to the Grand Jury, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which they discussed that fact that "the joint" was minus thirty, that the co-conspirator would give **BECTON** the thirty after the co-conspirator made a "move", and that **BECTON** could come and "get 'em."

104.    On or about April 12, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, used a telephone to tell **RUBIN BUTLER, also known as Buster**, that **BUTLER** would have to pack his things and leave the apartment because **BUTLER** had not come up with the money that **BUTLER** owed **BECTON** for the drugs that **BECTON** had previously provided to **BUTLER**, and **BUTLER** responded that he had been unable to make any drug sales because of the presence of law enforcement authorities in the area.

105.    On or about April 13, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he complained to **KEITH SAMPLER, also known as Son, also known as Son-Son**, that **RUBIN BUTLER, also known as Buster**, that **BUTLER** still owed money to **BECTON** and they discussed the fact that **BUTLER** was complaining about the presence

of law enforcement but **BUTLER** continued to sit out there with a red shirt on.

106.    On or about April 15, 2006, **RUBIN BUTLER, also known as Buster**, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he asked **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, to provide quantity of drugs to **BUTLER** at cost and that everything that **BUTLER** made would go straight to **BECTON**, and in a follow-up call **BUTLER** again asked for "one of those joints" and they discussed the money he owed to **BECTON**.

107.    On or about April 15, 2006, an unindicted co-conspirator used a telephone to ask **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, if **RUBIN BUTLER, also known as Buster**, had cleaned out the apartment, and **BUTLER** used a telephone to tell **BECTON** that an unindicted co-conspirator had provided **BUTLER** with some drugs and **BUTLER** had sold them all but some of his customers still owed him money.

108.    On or about April 18, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and an unindicted co-conspirator, used a telephone to have conversations, partially in code, regarding the prices for different quantities of narcotics.

109.    On or about April 19, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, used a telephone to tell an unindicted co-conspirator that he had more in his bank account than she had in her whole life savings, and when the co-conspirator told him that it was all drug money and the police were going to seize it, **BECTON** replied that until they did, it was his.

110.    On or about April 19, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, used a telephone to tell an unindicted co-conspirator that she dealt

drugs where she was, and the co-conspirator said that she did not have anyone to sell drugs for. The co-conspirator then told **BECTON** that his sister-in-law says that he was the next Rayful Edmond, a former drug kingpin in the District of Columbia, and that **BECTON** had the whole block locked down.

111.    On or about April 19, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and a co-conspirator known to the Grand Jury, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which they discussed whether the co-conspirator's drug supplier might consider dropping his price because **BECTON** and the co-conspirator were grabbing a "three" quantity of the controlled substance.

112.    On or about April 19, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, used a telephone to discuss with **FREDERICK MERCER, also known as Freaky,** that **JOHNNY HODGE, also known as Dre**, had injured his arm because he got into a dispute with someone and **BECTON** asked, "if you keep pulling guns . . . what do you think is going to happen?"

113.    On or about April 20, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and an unindicted co-conspirator, used a telephone to have conversations, partially in code, regarding the prices for different quantities of narcotics.

114.    On or about April 20, 2006, **KEITH SAMPLER, also known as Son, also known as Son-Son**, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which he discussed with **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, the quality of a batch of drugs and the location of co-conspirator **RUBIN BUTLER, also known as Buster**.

115.    On or about April 21, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and a co-conspirator known to the Grand Jury, used a telephone to have a conversation, partially in code, concerning a drug transaction in which they discussed the fact that the co-conspirator's supplier was willing to accept "twenty" thousand for a kilogram of drugs and the co-conspirator would owe the supplier two thousand.

116.    On or about April 21, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and a co-conspirator known to the Grand Jury, used a telephone to have conversations, partially in code, concerning a drug transaction, in which they discussed the fact that the co-conspirator was waiting to hear from a drug supplier, that the co-conspirator had a "one" quantity of drugs that he was going to sell for "twenty-five", and that the co-conspirator also had a "hundred" quantity that he had put together and the quality of it was "mean."

117.    On or about April 23, 2006, **TYRONE WASHINGTON** used a telephone to have a conversation, partially in code, in which he told **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, that he had just come "out", and he asked **BECTON** to let him come get this "joint."

118.    On or about April 25, 2006, a co-conspirator known to the Grand Jury used a telephone to tell someone that she had taken a green book bag of guns belonging to **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and placed it in the person's home, under a bed, and that **BECTON** would come by later to retrieve the guns.

119.    On or about April 27, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and a co-conspirator known to the Grand Jury, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which they discussed the

fact that "they" were saying twenty "one" thousand for a kilogram of cocaine and that the co-conspirator intended to jump on that price.

120.    On or about April 28, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and a co-conspirator known to the Grand Jury, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which they discussed the fact that the co-conspirator's "man" had already "went" but as soon as somebody called, the co-conspirator would tell them twenty-three thousand and that would mean "two" thousand in **BECTON's** pocket.

121.    On or about April 28, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, used a telephone to ask **RUBIN BUTLER, also known as Buster**, if **BUTLER** had **KEITH SAMPLER, also known as Son, also known as Son-Son's** money, and **BUTLER** replied that he did not have all of it because he still had a quantity of drugs left to sell.

122.    On or about April 30, 2006, an unindicted co-conspirator used a telephone to leave a message for **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, that she had heard that he had all the young ones hustling for him and she also heard that the little boy's mother had wanted to know where her child got the stuff from, and the co-conspirator stated that she hoped that **BECTON** gets 100 years.

123.    On or about May 1, 2006, an officer of the Metropolitan Police Department asked **MIAH JACKSON, also known as White Girl, also known as Red Girl**, who worked in the management office of the Atlantic Gardens Apartments for a master key so that search warrants might be executed, and **JACKSON** provided the key to the officer.

124.    On or about May 1, 2006, **MIAH JACKSON, also known as White Girl, also**

**known as Red Girl,** called an unindicted co-conspirator and told the unindicted co-conspirator that the police were going to execute a search warrant the next morning.

125.    On or about May 1, 2006, an unindicted co-conspirator used a telephone to advise **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, that she had received a telephone call from **MIAH JACKSON, also known as White Girl, also known as Red Girl**, in which **JACKSON** had advised the unindicted co-conspirator that the police were going to execute a search warrant "tomorrow morning."

126.    On or about May 4, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, and a co-conspirator known to the Grand Jury, used a telephone to have a conversation, partially in code, concerning a drug transaction, in which they discussed "zone" quantities of a controlled substance.

127.    On or about May 4, 2006, when he was asked if there was any "tree" in the house by a juvenile unindicted co-conspirator, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, used a telephone to have a conversation, partially in code, in which he told the juvenile co-conspirator that there was, and that he should ask a second co-conspirator whose identity is known to the Grand Jury.

128.    On or about May 23, 2006, within the District of Columbia, **WILLIE BEST, also known as Fat Boy,** possessed a firearm and ammunition.

129.    On or about May 23, 2006, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** possessed firearms, ammunition, and a mixture and substance containing a detectable amount of marijuana, and drug paraphernalia.

130.    On or about May 23, 2006, **FREDERICK MERCER, also known as Freaky,**

possessed with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, drug paraphernalia and ammunition.

131.    On or about December 4, 2006, **KEITH SAMPLER, also known as Son, also known as Son-Son**, possessed with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and also possessed a firearm.

132.    On or about January 30, 2007, **WILLIE BEST, also known as Fat Boy**, used a telephone to make arrangements with a person known to the Grand Jury for **BEST** to sell the person a quantity of drugs, and **BEST** told the person that a co-conspirator of **BEST's**, a female, would deliver the drugs on behalf of **BEST**.

133.    On or about January 30, 2007, **DEBORAH JONES** delivered a plastic bag containing a white powder-like substance that appeared to be cocaine to a person known to the Grand Jury, in exchange for $3,200.00.

134.    On or about March 24, 2007, **CHRISTOPHER BECTON, also known as Rock**, possessed with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and $1017.00 in U.S. currency.

135.    On or about April 6, 2007, **TYRONE WASHINGTON** and an unindicted co-conspirator possessed drug paraphernalia.

136.    On or about May 22, 2007, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, possessed a baking pan containing a block of white wax, similar in appearance to cocaine base, also known as crack cocaine, that **BECTON** planned to sell to drug customers as crack cocaine.

137.    On or about May 22, 2007, **DEBORAH JONES** possessed a mixture and substance

containing a detectable amount of marijuana, and drug paraphernalia.

138.    On or about May 22, 2007, **CHRISTOPHER BECTON, also known as Rock**, possessed ammunition and drug paraphernalia.

> (**Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of Cocaine Base, 5 Kilograms or More of Cocaine, and Cannabis,** in violation of Title 21, United States Code, Section 846)

## COUNT TWO

In or about 2006, the exact dates being unknown to the Grand Jury, within the District of Columbia, **RUBIN BUTLER, also known as Buster**, defendant herein, and others whose identities are known and unknown to the Grand Jury, did knowingly, intentionally, and unlawfully maintain a place, to wit: 4203 Fourth Street, S.E., Apartment # 1, Washington, D.C., for the purpose of manufacturing, storing, distributing, and using cocaine and cocaine base, in the form known as crack cocaine, Schedule II narcotic controlled substances.

> (**Maintaining a Residence for the Purpose of Manufacturing, Distributing, and Using a Controlled Substance**, in violation of Title 21, United States Code, Sections 856(a)(1) and 856(b))

## COUNT THREE

On or about June 6, 2002, within the District of Columbia, **WILLIE BEST, also known as Fat Boy**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic controlled substance, and the amount of said mixture and substance was 5 grams or more.

> (**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

### COUNT FOUR

On or about June 6, 2002, within the District of Columbia, **WILLIE BEST, also known as Fat Boy**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Hendley Elementary School, a public elementary school in the District of Columbia.

> **(Unlawful Distribution of Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Sections 860(a))

### COUNT FIVE

On or about June 19, 2002, within the District of Columbia, **WILLIE BEST, also known as Fat Boy**, and **JAMES BECTON also known as P also known as Pumpkin also known as Funk**, defendants herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

> **(Unlawful Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii), and Title 18, United States Code, Section 2)

### COUNT SIX

On or about June 19, 2002, within the District of Columbia, **WILLIE BEST, also known as Fat Boy**, and **JAMES BECTON, also known as P, also known as Pumpkin, also known as**

**Funk**, defendants herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Hendley Elementary School, a public elementary school in the District of Columbia.

> (**Unlawful Distribution of Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Sections 860(a))

## COUNT SEVEN

On or about May 12, 2003, within the District of Columbia, **FREDERICK MERCER, also known as Freaky**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

> (**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT EIGHT

On or about May 12, 2003, within the District of Columbia, **FREDERICK MERCER, also known as Freaky**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Hendley Elementary School, a public elementary school in the District of Columbia.

(**Unlawful Distribution of Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Sections 860(a))

## COUNT NINE

On or about May 12, 2003, within the District of Columbia, **FREDERICK MERCER, also known as Freaky**, defendant herein, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession With Intent to Distribute of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT TEN

On or about May 12, 2003, within the District of Columbia, **FREDERICK MERCER, also known as Freaky**, defendant herein, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Hendley Elementary School, a public elementary school in the District of Columbia.

(**Unlawful Possession With Intent to Distribute of Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Sections 860(a))

## COUNT ELEVEN

On or about January 14, 2004, within the District of Columbia, **WILLIE BEST, also known**

as **Fat Boy**, and **DEBORAH JONES**, defendants herein, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

> **(Unlawful Possession with Intent to Distribute of 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT TWELVE

On or about August 17, 2004, within the District of Columbia, **CHRISTOPHER BECTON, also known as Rock**, defendant herein, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

> **(Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THIRTEEN

On or about June 7, 2005, within the District of Columbia, **FREDERICK MERCER, also known as Freaky**, defendant herein, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

> **(Unlawful Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

### COUNT FOURTEEN

On or about June 28, 2005, within the District of Columbia, **MARTIN LEWIS, also known as Albert Blandshaw, also known as Al, also known as New York Al**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

> (**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT FIFTEEN

On or about June 28, 2005, within the District of Columbia, **MARTIN LEWIS, also known as Albert Blandshaw, also known as Al, also known as New York Al**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Hendley Elementary School, a public elementary school in the District of Columbia.

> (**Unlawful Distribution of Cocaine Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

### COUNT SIXTEEN

On or about September 27, 2005, within the District of Columbia, **FREDERICK MERCER, also known as Freaky,** did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation numbers 25, 34 and 48 for telephone number 240-533-5710) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of

Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT SEVENTEEN

On or about September 30, 2005, within the District of Columbia, **FREDERICK MERCER, also known as Freaky** and an unindicted co-conspirator, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 764 for telephone number 240-533-5710) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT EIGHTEEN

On or about October 4, 2005, within the District of Columbia, **FREDERICK MERCER, also known as Freaky,** and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 1902 for telephone number 240-533-5710) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT NINETEEN

On or about October 4, 2005, within the District of Columbia, **FREDERICK MERCER, also known as Freaky** and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 1960 for telephone number 240-533-5710) to facilitate the conspiracy to distribute and possess with intent

to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT TWENTY

On or about October 8, 2005, within the District of Columbia, **FREDERICK MERCER, also known as Freaky** and **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 2928 for telephone number 240-533-5710) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT TWENTY-ONE

On or about October 9, 2005, within the District of Columbia, **FREDERICK MERCER, also known as Freaky,** and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation numbers 3284 and 3296 for telephone number 240-533-5710) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT TWENTY-TWO

On or about October 14, 2005, within the District of Columbia, **FREDERICK MERCER,**

**also known as Freaky,** and a co-conspirator known to the Grand Jury, within the District of

Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use

of a telephone (activation number 4779 for telephone number 240-533-5710)  to facilitate the

conspiracy to distribute and possess with intent to distribute controlled substances, in violation of

Title 21, United States Code, Section 846.

> **(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of
> Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT TWENTY-THREE

On or about October 15, 2005, within the District of Columbia, **FREDERICK MERCER,**

**also known as Freaky,** and a co-conspirator known to the Grand Jury, did unlawfully, knowingly

and intentionally use a communication facility, that is the use of a telephone (activation number 4829

for telephone number 240-533-5710) to facilitate the conspiracy to distribute and possess with intent

to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

> **(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of
> Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT TWENTY-FOUR

On or about October 17, 2005, within the District of Columbia, **FREDERICK MERCER,**

**also known as Freaky**, and an unindicted co-conspirator, did unlawfully, knowingly and

intentionally use a communication facility, that is the use of a telephone (activation number 2655

and 2663 for telephone number 240-533-5710) to facilitate the conspiracy to distribute and possess

with intent to distribute controlled substances, in violation of Title 21, United States Code, Section

846.

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT TWENTY-FIVE

On or about October 19, 2005, within the District of Columbia, **FREDERICK MERCER,**

**also known as Freaky**, did unlawfully, knowingly and intentionally use a communication facility,

that is the use of a telephone (activation number 5968 for telephone number 240-533-5710)  to

facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in

violation of Title 21, United States Code, Section 846.

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT TWENTY-SIX

On or about October 28, 2005, within the District of Columbia, **JAMES BECTON, also**

**known as P, also known as Pumpkin, also known as Funk,** and **KEITH SAMPLER, also known**

**as Son, also known as Son-Son**, did unlawfully, knowingly and intentionally use a communication

facility, that is the use of a telephone (activation number 48 for telephone number 757-582-5726)

to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances,

in violation of Title 21, United States Code, Section 846.

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT TWENTY-SEVEN

On or about November 1, 2005, within the District of Columbia, **FREDERICK MERCER, also known as Freaky**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, in the form known as crack cocaine, a Schedule II narcotic controlled substance.

> (**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWENTY-EIGHT

On or about November 1, 2005, within the District of Columbia, **FREDERICK MERCER, also known as Freaky**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, in the form known as crack cocaine, a Schedule II narcotic controlled substance, within one thousand feet of the real property comprising Hendley Elementary School, a public elementary school in the District of Columbia.

> (**Unlawful Distribution of Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Sections 860(a))

## COUNT TWENTY-NINE

On or about November 5, 2005, within the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation numbers 1975, 2022, 2040 and 2048 for telephone number 757-582-5726) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY

On or about November 6, 2005, within the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and **KEITH SAMPLER, also known as Son, also known as Son-Son**, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 2175 for telephone number 757-582-5726) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-ONE

On or about November 6, 2005, within the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and **KEITH SAMPLER, also known as Son, also known as Son-Son**, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 2214 for telephone number 757-582-5726) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-TWO

On or about December 17, 2005, within the District of Columbia, **FREDERICK MERCER,**

also known as **Freaky,** and **JOHNNY HODGE, also known as Dre**, did unlawfully, knowingly

and intentionally use a communication facility, that is the use of a telephone (activation number 7841

for telephone number 240-533-5710) to facilitate the conspiracy to distribute and possess with intent

to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of
> Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-THREE

On or about December 22, 2005, within the District of Columbia, **FREDERICK MERCER,**

also known as **Freaky,** and **JOHNNY HODGE, also known as Dre**, within the District of

Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use

of a telephone (activation numbers 8915 and 8926 for telephone number 240-533-5710) to facilitate

the conspiracy to distribute and possess with intent to distribute controlled substances, in violation

of Title 21, United States Code, Section 846.

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of
> Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-FOUR

On or about December 23, 2005, within the District of Columbia, **FREDERICK MERCER,**

also known as **Freaky,** and **JOHNNY HODGE, also known as Dre**, did unlawfully, knowingly

and intentionally use a communication facility, that is the use of a telephone (activation numbers

9133, 9134 and 9137 for telephone number 240-533-5710) to facilitate the conspiracy to distribute

and possess with intent to distribute controlled substances, in violation of Title 21, United States

Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-FIVE

On or about December 26, 2005, within the District of Columbia, **FREDERICK MERCER, also known as Freaky,** and **JOHNNY HODGE, also known as Dre**, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation numbers 9857, 9863 and 9882 for telephone number 240-533-5710) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-SIX

On or about January 7, 2006, within the District of Columbia, **FREDERICK MERCER, also known as Freaky,** and an unindicted co-conspirator, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 13339 for telephone number 240-533-5710) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-SEVEN

On or about January 9, 2006, within the District of Columbia, **FREDERICK MERCER, also known as Freaky,** and a co-conspirator known to the Grand Jury, did unlawfully, knowingly

and intentionally use a communication facility, that is the use of a telephone (activation number 13689 for telephone number 240-533-5710) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

**(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-EIGHT

On or about January 27, 2006, within the District of Columbia, **WILLIE BEST, also known as Fat Boy**, and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 14 for telephone number 202-486-1438) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

**(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-NINE

On or about February 2, 2006, within the District of Columbia, **WILLIE BEST, also known as Fat Boy**, and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 1830 for telephone number 202-486-1438) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

**(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY

On or about February 2, 2006, within the District of Columbia, **WILLIE BEST, also known as Fat Boy, JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk, and FREDERICK MERCER, also known as Freaky**, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activations numbers 1861 and 1883 for telephone number 202-486-1438) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-ONE

On or about February 14, 2006, within the District of Columbia, **WILLIE BEST, also known as Fat Boy**, and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 4568 for telephone number 202-486-1438) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-TWO

On or about March 6, 2006, within the District of Columbia, **WILLIE BEST, also known as Fat Boy,** and an unindicted co-conspirator, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 8503 for telephone number 202-486-1438) to facilitate the conspiracy to distribute and possess with intent to distribute

controlled substances, in violation of Title 21, United States Code, Section 846.

**(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-THREE

On or about March 8, 2006, within the District of Columbia, **WILLIE BEST, also known as Fat Boy**, and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 9066 for telephone number 202-486-1438) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

**(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-FOUR

On or about March 15, 2006, **WILLIE BEST, also known as Fat Boy**, and a co-conspirator known to the Grand Jury, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 10450 for telephone number 202-486-1438) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

**(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-FIVE

On or about March 21, 2006, within the District of Columbia, **WILLIE BEST, also known as Fat Boy**, and **CHRISTOPHER BECTON, also known as Rock**, did unlawfully, knowingly and

intentionally use a communication facility, that is the use of a telephone (activation number 11559 for telephone number 202-486-1438) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-SIX

On or about March 23, 2006, within the District of Columbia, **WILLIE BEST, also known as Fat Boy**, and **TYRONE WASHINGTON**, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 11828 for telephone number 202-486-1438) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-SEVEN

On or about April 4, 2006, within the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 135 for telephone number 202-420-8986) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-EIGHT

On or about April 5, 2006, within the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk, TYRONE WASHINGTON,** and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 417 for telephone number 202-420-8986)  to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

> **(Unlawful Use of a Communication Facility and Aiding and Abetting,** in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-NINE

On or about April 6, 2006, within the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 650 for telephone number 202-420-8986) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

> **(Unlawful Use of a Communication Facility and Aiding and Abetting,** in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY

On or about April 7, 2006, within the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a

telephone (activation numbers 759 and 761 for telephone number 202-420-8986) to facilitate the

conspiracy to distribute and possess with intent to distribute controlled substances, in violation of

Title 21, United States Code, Section 846.

>(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of
>Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-ONE

On or about April 8, 2006, within the District of Columbia, **JAMES BECTON, also known**

**as P, also known as Pumpkin, also known as Funk,** and **RUBIN BUTLER, also known as**

**Buster**, did unlawfully, knowingly and intentionally use a communication facility, that is the use of

a telephone (activation numbers 1026 and 1194 for telephone number 202-420-8986) to facilitate

the conspiracy to distribute and possess with intent to distribute controlled substances, in violation

of Title 21, United States Code, Section 846.

>(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of
>Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-TWO

On or about April 10, 2006, within the District of Columbia, **JAMES BECTON, also**

**known as P, also known as Pumpkin, also known as Funk,** and **TYRONE WASHINGTON**, did

unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone

(activation number 1526 for telephone number 202-420-8986) to facilitate the conspiracy to

distribute and possess with intent to distribute controlled substances, in violation of Title 21, United

States Code, Section 846.

>(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of

Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-THREE

On or about April 10, 2006, within the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 1510 for telephone number 202-420-8986) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-FOUR

On or about April 12, 2006, within the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and **RUBIN BUTLER, also known as Buster**, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 922 for telephone number 202-292-0713) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-FIVE

On or about April 13, 2006, within the District of Columbia, **JAMES BECTON, also**

known as P, also known as Pumpkin, also known as Funk, and **KEITH SAMPLER, also known**

**as Son, also known as Son-Son**, did unlawfully, knowingly and intentionally use a communication

facility, that is the use of a telephone (activation number 1359 for telephone number 202-292-0713)

to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances,

in violation of Title 21, United States Code, Section 846.

> **(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of
> Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-SIX

On or about April 15, 2006, within the District of Columbia, **JAMES BECTON, also**

**known as P, also known as Pumpkin, also known as Funk,** and **RUBIN BUTLER, also known**

**as Buster**, did unlawfully, knowingly and intentionally use a communication facility, that is the use

of a telephone (activation numbers 1726 and 1731 for telephone number 202-292-0713) to facilitate

the conspiracy to distribute and possess with intent to distribute controlled substances, in violation

of Title 21, United States Code, Section 846.

> **(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of
> Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-SEVEN

On or about April 15, 2006, within the District of Columbia, **JAMES BECTON, also**

**known as P, also known as Pumpkin, also known as Funk,** and **RUBIN BUTLER, also known**

**as Buster**, did unlawfully, knowingly and intentionally use a communication facility, that is the use

of a telephone (activation number 2719 for telephone number 202-420-8986)  to facilitate the

conspiracy to distribute and possess with intent to distribute controlled substances, in violation of

Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-EIGHT

On or about April 18, 2006, within the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk**, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation numbers 4010 and 4070 for telephone number 202-420-8986) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-NINE

On or about April 20, 2006, within the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and **KEITH SAMPLER, also known as Son, also known as Son-Son**, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 2089 for telephone number 202-292-0713) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY

On or about April 21, 2006, within the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation number 4644 for telephone number 202-420-8986)  to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

> **(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY-ONE

On or about April 21, 2006, within the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and a co-conspirator known to the Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation numbers 4684 and 4708 for telephone number 202-420-8986) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

> **(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY-TWO

On or about April 27, 2006, within the District of Columbia, **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** and a co-conspirator known to the

Grand Jury, did unlawfully, knowingly and intentionally use a communication facility, that is the use

of a telephone (activation number 797 for telephone number 202-327-1076) to facilitate the

conspiracy to distribute and possess with intent to distribute controlled substances, in violation of

Title 21, United States Code, Section 846.

**(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of
Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY-THREE

On or about April 28, 2006, within the District of Columbia, **JAMES BECTON, also**

**known as P, also known as Pumpkin, also known as Funk,** and **RUBIN BUTLER, also known**

**as Buster**, did unlawfully, knowingly and intentionally use a communication facility, that is the use

of a telephone (activation number 2731 for telephone number 202-292-0713) to facilitate the

conspiracy to distribute and possess with intent to distribute controlled substances, in violation of

Title 21, United States Code, Section 846.

**(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of
Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY-FOUR

On or about May 1, 2006, within the District of Columbia, **JAMES BECTON, also known**

**as P, also known as Pumpkin, also known as Funk**, did unlawfully, knowingly and intentionally

use a communication facility, that is the use of a telephone (activation number 6259 for telephone

number 202-420-8986) to facilitate the conspiracy to distribute and possess with intent to distribute

controlled substances, in violation of Title 21, United States Code, Section 846.

**(Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of

Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY-FIVE

On or about May 1, 2006, within the District of Columbia, **MIAH JACKSON, also known as White Girl, also known as Red Girl**, corruptly obstructed, influenced or impeded an official proceeding or attempted to do so, by communicating and causing to be communicated to **JAMES BECTON, also known as P, also known as Pumpkin, also known as Funk,** that law enforcement officers intended to execute a search warrant or warrants at an apartment that **BECTON** used to further this drug conspiracy.

> (**Obstruction of Justice**, in violation of Title 18, United States Code, Section 1512(c)(2) and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 2)

## COUNT SIXTY-SIX

On or about May 23, 2006, within the District of Columbia, **WILLIE BEST, also known as Fat Boy**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. F9750-94, that is, Assault with a Dangerous Weapon and Carrying a Pistol without a License, did unlawfully and knowingly receive and possess a firearm, that is, a .38 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .38 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g))

## COUNT SIXTY-SEVEN

On or about May 23, 2006, within the District of Columbia, **WILLIE BEST, also known as Fat Boy**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a .38 Special revolver handgun.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

## FORFEITURE ALLEGATION UNDER 21 U.S.C. § 853

1.    The violations alleged in Counts One through Sixty-Seven of this Indictment are re-alleged and incorporated by reference herein for the purposes of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853(a).

2.    Upon conviction of the offenses alleged in Counts One through  Sixty-Seven of this Indictment, the defendant(s) shall forfeit to the United States any property which constitutes, or is derived from, proceeds obtained, directly or indirectly, as a result of said narcotics offenses, in violation of Title 21, United States Code, Sections 846, 848(a), 848(b), 856(a)(1), 856(b), 841(b)(1)(C), 841(b)(1)(B)(iii), 860(a), and 843(b), and/or property used, or intended to be used, to commit or facilitate said narcotics offenses, in violation of Title 21, United States Code, Sections 846, 848(a), 848(b), 856(a)(1), 856(b), 841(b)(1)(C), 841(b)(1)(B)(iii), 860(a), and 843(b), including but not limited to the following:

> Money Judgment:
> a sum of money representing the total amount of money constituting,
> or derived from, proceeds obtained, directly or indirectly, as a result

of said narcotics offenses, in violation of 21 U.S.C. §§ 846, 848(a), 848(b), 856(a)(1), 856(b), 841(b)(1)(C), 841(b)(1)(B)(iii), 860(a), and 843(b), and/or property used, or intended to be used, to commit or facilitate said narcotics offenses, in violation of Title 21, United States Code, Sections 846, 848(a), 848(b), 856(a)(1), 856(b), 841(b)(1)(C), 841(b)(1)(B)(iii), 860(a), and 843(b), for which the defendants are convicted, and if more than one defendant is convicted of the offenses, the defendants so convicted are jointly and severally liable for the amount involved in such offenses.    Fed.R. Crim.P. 32.2(b)(1).

By virtue of the commission of the felony offenses charged in Counts One through Sixty-Seven of this Indictment, any and all interest that the defendant(s) have in property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said narcotics offenses, in violation of Title 21, United States Code, Sections 846, 848(a), 848(b), 856(a)(1), 856(b), 841(b)(1)(C), 841(b)(1)(B)(iii), 860(a), and 843(b), and/or property used, or intended to be used, to commit or facilitate said narcotics offenses, in violation of Title 21, United States Code, Sections 846, 848(a), 848(b), 856(a)(1), 856(b), 841(b)(1)(C), 841(b)(1)(B)(iii), 860(a), and 843(b), is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853(a).

3.    If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of any defendant or defendants:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property that cannot
be subdivided without difficulty.

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of said defendant(s) up to the value of any property listed above

as being subject to forfeiture.

(**Criminal Forfeiture**, in violation of Title 21, United States Code, Section 853(a) and (p).)

A TRUE BILL:

Deputy FOREPERSON.

Attorney of the United States in
and for the District of Columbia.