FILED

MAR 13 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CR. NO. 07-131-01 (JR) |
| JAMES BECTON, et al. | : |

### ORDER APPOINTING COURT EXPERT

The Court has before it the request of counsel for all defendants housed in the D.C. Jail pending trial in the above referenced case to be able to give individual defendants compact discs and or portable computer hard drives containing excerpts of the thousands of discovery documents produced in digital format by the government. In order to address security concerns of the D.C. Jail, maintain work product privilege and attorney client privilege, the Court has asked the parties to agree on an expert who will serve as a "court expert" in this matter. The expert will assist individual defense attorneys in excerpting wiretap conversations or other discovery provided by the government that is deemed particularly relevant to each defendant and copying those files from secure files provided by the government onto a compact disc or portable hard drive and maintaining security of those digital files for delivery to the D.C. Jail. The "court expert" will arrange for the individualized discovery excerpts to be delivered to the D.C. Jail and used by the defendant. Finding good cause for this order and that the parties have agreed on an expert, it is this 11th day of March, 2008 hereby

ORDERED, that Jensen Barber, a member in good standing of the bar of this Court and a member of the Criminal Justice Act panel of this Court is appointed as a "court expert" and that Mr. Barber will be compensated under the Criminal Justice Act at the rate of one hundred dollars ($100) per hour, upon application to the Court. It is further,

ORDERED, that the warden of the D.C. Jail assure that all defendants awaiting trial in the above referenced case

| | |
|---|---|
| Becton, James | DCDC 265-550 |
| Best, Willie | DCDC 264-406 |
| Butler, Rubin | DCDC 313-960 |
| Hodge, Johnny | DCDC 268-995 |
| Sampler, Keith | DCDC 312-915 |
| Washington, Tyrone | DCDC 280-831 |
| Becton, Christopher | DCDC 265-395 |

shall be given access to the individual compact discs or a portable computer hard drive which may be prepared by Jensen Barber and delivered to the D.C. Jail in accordance with this order.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

cc:   Office of the Warden
      D.C. Jail
      1901 D Street S.E.
      Washington, D.C. 20003