# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    : | |
| : | Criminal No.  07-131 (JR) |
| v.    : | |
| : | |
| JAMES BECTON, et al.,    : | |
|       Defendants.    : | |
| : | |

## INFORMATION AS TO PRIOR CONVICTIONS

      The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the court pursuant to 21 U.S.C. § 851, that the defendants listed in the following chart, having been convicted previously of the listed felony drug trafficking offenses on the dates specified, are subject to the enhanced penalty provisions of 21 U.S.C. § 841(b)(1)(A) which provides in relevant part that "if any person commits [a violation of this section] after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment which may not be less than 20 years and not more than life imprisonment . . . a fine not to exceed the greater of twice that authorized in accordance with the provisions of Title 18, or $8,000,000."  This same section goes on to indicate that "if any person commits a violation of this subparagraph . . . after two or more prior convictions for a felony drug offense have become final, such person shall be sentenced to a mandatory term of life imprisonment without release and fined in accordance with the preceding sentence."  If the defendants are convicted of the narcotics charges with which they are indicted in this case, they will face the mandatory minimum and maximum sentences specified below.

| Defendant | Prior Crime(s) | Date | Mandatory Minimum | Maximum |
|---|---|---|---|---|
| James Becton | Attempted Possession With Intent to Distribute Cocaine, F-3580-92 | 4/12/1993 | 20 years | Life |
| Johnny Hodge | Distribution of Cocaine, F-4259-05; Distribution of Cocaine, F-4260-05 | 12/11/2006 12/11/2006 | Life | Life |

The United States also notifies the court pursuant to 21 U.S.C. § 851, that the defendants listed in the above chart, having been convicted previously of the listed felony drug trafficking offenses on the dates specified, are subject to the enhanced penalty provisions of 21 U.S.C. § 841(b)(1)(B) which provides in relevant part that "if any person commits [a violation of this section] after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment which may not be less than 10 years and not more than life imprisonment . . . a fine not to exceed the greater of twice that authorized in accordance with the provisions of Title 18, or $4,000,000."

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498-610
United States Attorney

By:      /s/
ARVIND K. LAL, D.C. Bar # 389-489
MATTHEW P. COHEN, D.C. Bar # 469-629
Assistant United States Attorneys
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Rm. 4118 (Cohen)
Washington, D.C. 20530
(202) 514-7427 office
(202) 514-8707 facsimile