UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 07-131 (JR) |
| v. | : | |
| | : | **FILED** |
| JAMES BECTON, et al., | : | |
| Defendants. | : | MAY 1 5 2008 |
| | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Based on the representations of the parties and the record herein, the government's Unopposed Motion to Extend Filing Deadline is GRANTED, and the government's responses to defense motions filed on or before May 8, 2008, shall be due by May 30, 2008.

IT IS SO ORDERED.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE