UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED SATES OF AMERICA            :

        v.                    :Crim. No. 07-131-06(JR)

RUBIN BUTLER                    :

### DEFENDANT RUBIN BUTLER'S MOTION TO ADOPT AND CONFORM MOTIONS OF THE CO-DEFENDANTS AND TO LATE FILE THIS MOTION

Comes Now Defendant, Rubin Butler, by and through counsel, Thomas

Abbenante, in accordance with Rule 47 of the Federal Rules of Criminal Procedure,

to respectfully request that this Honorable Court allow the defendant to adopt and join in

all pertinent motions filed by the co-defendants which are not inconsistent with the

positions he has or will take in this litigation. In support of this motion, defendant avers

as follows:

1. Defendant requests leave of the court to allow him to join in the following

motions:

(a) Motion to Suppress Wiretap Evidence

(b) Motions to Suppress Evidence where he has standing to raise the issue,

specifically the search of 4203 4th Street NW, Apt. 1, Washington, DC.

©) Motions to Sever Defendants

(d) Motions in Limine

2. It is in the interest of judicial economy to allow the defendant to join in and adopt all motions filed by the co-defendants.

3. This motion is being filed late because counsel believed that this matter was going to disposed of by way of an agreed disposition.

4. Assistant United States Attorney Arvind K. Lal has authorized counsel to represent to the Court that the United States has no objection to this motion or to the late filing.

WHEREFORE, the foregoing premises considered, defendant prays that this motion be granted.

Respectfully submitted,

Thomas Abbenante #227934
1919 Pennsylvania Avenue NW Suite 200
Washington, DC 20006
202-812-0590