UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

v.                               : Cr. No. 07-131-06(JR)

RUBIN BUTLER                     :

**ORDER**

This matter having come before the Court on the Unopposed Motion of the Defendant to Late File a Motion and a Motion to Adopt and Conform to the Motions of the co-defendants, it is this _____ day of May, 2008 hereby,

ORDERED:

    1. That Defendant's Motion to late file is hereby (GRANTED) (DENIED)

    2. That Defendant's Motion to Adopt is hereby(GRANTED)(DENIED).

_____
UNITED STATES DISTRICT JUDGE