UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

*Rubin Butler*

Criminal No. 07-0131-06

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

**FILED**

MAY 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

X *Rubin Butler*
Defendant

*[signature]*
Counsel for Defendant

I consent: *[signature]*
Assistant United States Attorney

**APPROVED:**

*[signature]*
JAMES ROBERTSON
United States District Judge

Dated: 5/21 2007